**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Gilberto SANTIESTEBAN, Sr.,**
**Defendant–Appellant.**

**No. 13–13594**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 27, 2014.

Kathleen Mary Salyer, William Leonard Athas, Wifredo A. Ferrer, Michael P. Sulli-

858

van, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Manuel Gonzalez, Jr., Law Office of Manuel Gonzalez, Jr., Coral Gables, FL, for Defendant–Appellant.

Before TJOFLAT, JORDAN and FAY, Circuit Judges.

PER CURIAM:

Manuel Gonzalez, Jr., appointed counsel for Gilberto Santiesteban, Sr. in this direct criminal appeal, has moved to withdraw from further representation of Santiesteban and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Santiesteban's conviction and sentence are **AFFIRMED.** The government's motion to dismiss the appeal pursuant to Santiesteban's sentence-appeal waiver is **DENIED AS MOOT.**